

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-17-00823-CR

**IN RE** Robert **MARTINEZ**, Jr.

Original Mandamus Proceeding[1]

### ORDER

Sitting:  Karen Angelini, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Relator filed a petition for writ of mandamus on December 13, 2017, requesting relief from the trial court's failure to take any action on his pending application for writ of habeas corpus. On January 30, 2018, the respondent filed a copy of the trial court's notice setting a hearing on the application. Having considered the petition and the response, this court is of the opinion the relator is not entitled to the relief sought. Accordingly, the petition is denied. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 2, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 307125, styled *Ex parte Robert Martinez*, pending in the County Court at Law No. 5, Bexar County, Texas, the Honorable John Longoria presiding.